

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------
UNITED STATES OF AMERICA,

                                                      **ORDER**

  -vs-

                                               CR-08-66(FB)

Kenneth Eng.,
                Defendant.

--------------------------------------------------

        On March 4, 2011 the Court held a status conference, on the record, in open court, with all counsel present. The defendant plead not guilty to the new charges that were filed. The government moved to modify the defendant's bail conditions. The Court granted the motion for the reasons stated on the record. Accordingly it is

        HEREBY ORDERED that the defendant's bail conditions are modified as follows: (1) the defendant is placed on home confinement without electronic monitoring and with permission to visit his doctors and probation officers .

                              SO ORDERED.

                             s/ Judge Frederic Block

                          UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
          March 4, 2011